1

2

3

4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Eric Ridge,                                              Case No. 3:24-cv-00369-ART-CLB

5

6

                                    Petitioner,          **Order Dismissing Case**

        v.

7

State of Nevada,

8

                                    Respondent.

9

10          Petitioner Eric Ridge a Nevada state prisoner in custody at Northern

Nevada Correctional Center, appears to have attempted to initiate a 28 U.S.C. §

11

2254 habeas corpus petition. But he has submitted only an application to

12

proceed *in forma pauperis*. (ECF No. 1.) He has not filed a habeas petition, and

13

therefore, has not properly commenced a federal habeas matter. In fact it is not

14

even clear that Ridge seeks habeas relief. If Ridge intends to seek habeas relief,

15

he must file a federal habeas petition on the Court's 28 U.S.C. § 2254 habeas

16

corpus form and include either the $5.00 filing fee or a fully completed

17

application to proceed *in forma pauperis*. Local Rule LSR 1-2. Thus, the present

18

action will be dismissed without prejudice as improperly commenced.

19

20

21

22

23

24

25

26

27

28

1

1    It is therefore ordered that the application to proceed *in forma pauperis*

2  (ECF No. 1) is denied as moot.

3    It is further ordered that this action is DISMISSED without prejudice.

4    It is further ordered that a certificate of appealability will not issue, as

5  jurists of reason would not find the Court's dismissal of this improperly

6  commenced action without prejudice to be debatable or incorrect.

7    The Clerk of Court is directed to enter judgment accordingly and close

8  this case.

9

10

11    DATED THIS 3rd day of October 2024.

12

13

14    _____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28